1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff NEHEMIAH KONG
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10  NEHEMIAH KONG,                )  Case No.: 8:19-CV-02397-JVS-KES
11                                )
              Plaintiff,          )  **NOTICE OF SETTLEMENT AND**
12     v.                         )  **REQUEST TO VACATE ALL**
                                  )  **CURRENTLY SET DATES**
13  VALLEY VIEW VILLAGE, LLC, a   )
    Delaware Limited Liability Company; and )
14  Does 1-10,                    )
15                                )
              Defendants.         )
16  _____)

17

18      The plaintiff hereby notifies the court that a global settlement has been reached in
19  the above-captioned case and the parties would like to avoid any additional expense,
20  and to further the interests of judicial economy.
21      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
22  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
23  parties, will be filed within 60 days.

24
25                              CENTER FOR DISABILITY ACCESS
26  Dated: February 5, 2020         /s/Phyl Grace
                                    Phyl Grace
27                                  Attorney for Plaintiff
28