CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VALLEY VIEW VILLAGE, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants. | **Case:** 8:19-CV-02397-JVS-KES<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Valley View Village, LLC, a Delaware Limited Liability Company; has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 05, 2020　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　By:　/s/ Phyl Grace
　　　　　　　　　　　　　　　　　Phyl Grace
　　　　　　　　　　　　　　　　　Attorney for Plaintiff